USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 2/23/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LISA C. GOMEZ,
                  Plaintiff,                        19 **CIVIL** 9278 (PMH)(JCM)

       -against-                            **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,
                  Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 22, 2021, upon a careful and complete review of the R&R, the Court finds no clear error in Magistrate Judge McCarthy's thorough and well-reasoned analysis; the R&R is adopted in its entirety. Consequently, Plaintiff's motion for judgment on the pleadings is GRANTED in part, the Commissioner's cross-motion for judgment on the pleadings is DENIED in part, and this matter is REMANDED to the Commissioner for further proceedings in accordance with the conclusions reached in the R&R pursuant to sentence four of 42 U.S.C. § 405(g).

**Dated:** New York, New York
          February 23, 2021

                                                **RUBY J. KRAJICK**

                                                  **Clerk of Court**
                            BY:
                                                   **Deputy Clerk**