**SO ORDERED:**
Plaintiff's application for attorney's fees is deemed timely filed. Furthermore, Plaintiff's request to defer filing of the memorandum of law for 60 days is granted. Plaintiff shall file her memorandum of law by July 23, 2021 and Defendant shall file his opposition by August 13, 2021.

Judith C. McCarthy 5-28-21
JUDITH C. McCARTHY
United States Magistrate Judge

CHRISTOPHER JAMES BOWES, ESQ
54 Cobblestone Drive
Shoreham, New York 11786
Tel.: (212) 979-7575
Fax: (631) 929-1700
CJB-8865
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LISA C. GOMEZ, Plaintiff, | NOTICE OF MOTION FOR ATTORNEYS FEES PURSUANT TO 28 U.S.C. § 2412 |
| *-against-* | |
| ANDREW M. SAUL, COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, Defendant. | 7:19 Civ.9278(PMH)(JCM) |

PLEASE TAKE NOTICE that upon the accompanying Declaration of Christopher James Bowes, dated December 22, 2020, plaintiff will move this Court before the Honorable Judith C. McCarthy United States Magistrate Judge, presiding, at the United States Courthouse for the Southern District of New York, 300 Quarropas Street, White Plains, NY, on submission, for an order:

(1) Accepting plaintiff's application for reasonable attorney’s fees and costs pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. §2412(d), as timely filed;

(2) Granting plaintiff leave to defer filing a memorandum of law in support of his application for fees for a period of 60

days to permit the parties an opportunity to reach settlement of the fee issue; and

(3) for such other and further relief as this Court may deem just and proper.

Dated: Shoreham, New York
May 24, 2021

Respectfully submitted,

*/s/Christopher James Bowes*
CHRISTOPHER JAMES BOWES, ESQ
54 Cobblestone Drive
Shoreham, New York 11786
Tel.: (212) 979-7575
Fax: (631) 979-1700
CJB-8865
Attorney for Plaintiff

To: United States Attorney for the
Southern District of New York
BY: SAUSA James Desir
26 Federal Plaza, Room 3904
New York, NY 10278